IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02361-PSF-PAC

LAKEWOOD CHRYSLER-PLYMOUTH, INC.,
d/b/a MEDVED CHRYSLER PLYMOUTH JEEP, INC., a Colorado corporation,

    Plaintiff(s),

v.

DAIMLER CHRYSLER CORPORATION, a Delaware corporation,
f/k/a Chrysler corporation; and
CHRYSLER REALTY COMPANY, LLC., a Delaware limited liability company,
f/k/a Chrysler Realty corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff Lakewood Chrysler-Plymouth, Inc's Motion to Amend Scheduling Order to Extend Deadlines for Expert Disclosures [filed April 24, 2006; Doc. No. 31] is **GRANTED** as follows:

    Plaintiff's Rule 26(a)(2) disclosures are due on or before **April 15, 2006.**

    Defendant's Rule 26(a)(2) disclosures are due on or before **October 1, 2006.**

    Plaintiff's rebuttal disclosures are due on or before **October 15, 2006.**

Dated:  May 2, 2006