IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02361-PSF-PAC

LAKEWOOD CHRYSLER-PLYMOUTH, INC.,
d/b/a MEDVED CHRYSLER PLYMOUTH JEEP, INC., a Colorado corporation,

    Plaintiff,

v.

DAIMLER CHRYSLER CORPORATION, a Delaware corporation,
f/k/a Chrysler Corporation, and
CHRYSLER REALTY COMPANY, LLC, a Delaware limited liability company,
f/k/a Chrysler Realty Corporation,

    Defendants.

## ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that the Amended Stipulated Notice of Dismissal of Action with Prejudice (Dkt. # 55) filed by the parties is APPROVED. This case is DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

DATED: July 25, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge